# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

Catherine B. Mercier,                                              Civil No. 10-3270 (RHK/JJK)

      Plaintiff,                                                              **ORDER**

v.

Michael J. Astrue, Commissioner of Social
Security,

      Defendant.

___

Plaintiff in this case having filed a Motion to Dismiss without Prejudice with the Court on February 22, 2011, **IT IS ORDERED** that Plaintiff's Motion (Doc. No. 12) is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(2); Plaintiff's Motion to Dismiss or Alternatively for Summary Judgment (Doc. No. 7) is **DENIED AS MOOT.**

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 1, 2011

                                       s/Richard H. Kyle
                                       RICHARD H. KYLE
                                       United States District Judge